**UNITED STATES DISTRICT COURT**
**MIDDLE DISTRICT OF FLORIDA**
**OCALA DIVISION**

WILLIAM L. RICHARDS, JR.,

    Plaintiff,

v.                                            Case No. 5:09-cv-447-Oc-32GRJ

FINANCIAL SERVICES AUTHORITY,

    Defendant.

## ORDER

This case is before the Court on the May 28, 2010 Report and Recommendation of the assigned United States Magistrate Judge (Doc. 24) which recommends that the Motion to Dismiss (Doc. 8) be granted and plaintiff's Complaint (Doc. 1) be dismissed without prejudice. No objections were filed and the time in which to do so has now passed.

Accordingly, upon independent review of the file, and for the reasons stated in the Report and Recommendation (Doc. 24) issued by the Magistrate Judge, it is hereby

**ORDERED**:

1. The Report and Recommendation (Doc. 24) of the Magistrate Judge is **ADOPTED** as the opinion of the Court.

2. Defendant's Motion to Dismiss (Doc. 8) is **GRANTED**.

3. This case is **DISMISSED without prejudice**, subject to the Court's later ruling on Defendant's Motion for Rule 11 Sanctions (Doc. 13). No later than **July 22, 2010**, defendants will file a notice stating whether they wish to proceed with the Rule 11 Motion.

If so, the Magistrate Judge is asked to prepare a Report and Recommendation on the Rule 11 Motion pursuant to the earlier Order of Referral (Doc. 23).

**DONE AND ORDERED** in Jacksonville, Florida, this 1st day of June, 2010.

TIMOTHY J. CORRIGAN
United States District Judge

md.
Copies:

Honorable Gary R. Jones
United States Magistrate Judge

Counsel of Record

William L. Richards, Jr., pro se plaintiff